```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JEAN M. HOBLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
```



FILED

FEB 26 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



SEALED

| United States | ) | 2:09-SW-0060 KJM |
| v. | ) | Case No. |
| 6747 Stockton Blvd, Suite #A Sacramento, CA 95823 | ) | SEALING ORDER |

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that documents in the above referenced case shall be sealed until further order of the Court.

DATED: 2/26/09

HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

1